JS-6
Entered

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIR GILIC,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. EDCV 12-260 RNB<br><br>**J U D G M E N T** |

　　In accordance with the Order Affirming Decision of Commissioner filed herewith,

　　IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

DATED: December 20, 2013

_____
ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE